1

2

3

4

5

6

7

8                       **UNITED STATES DISTRICT COURT**

9                       **SOUTHERN DISTRICT OF CALIFORNIA**

10

11

12    ARNOLDO BARRAZA,                          Case No. 3:17-cv-01048-MMA-RBB

                                    Plaintiff,   **ORDER GRANTING JOINT**
13                                               **MOTION AND DISMISSING**
                                                 **ENTIRE ACTION WITH**
14          v.                                   **PREJUDICE**

15    ENDERS, et al.,                            [Doc. No. 41]

16                                   Defendants.

17

18          Plaintiff Arnoldo Barraza and Defendants Enders and Garcia jointly move to

19    dismiss this action with prejudice in its entirety. *See* Doc. No. 41. Upon due

20    consideration, good cause appearing, the Court **GRANTS** the motion and

21    **DISMISSES** the entire action with prejudice. The Court **DIRECTS** the Clerk of

22    the Court to terminate all remaining motions, deadlines, and/or hearings, and close

23    the case.

24          **IT IS SO ORDERED**.

25    DATE: March 9, 2020

26                                              HON. MICHAEL M. ANELLO
                                                United States District Judge
27

28

                                          1